**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHIPLANE TRANSPORT INC.,

                Plaintiff,

-against-                                  23 **CIVIL** 10073 (VEC)

                                                    **JUDGMENT**

HWY 31 EXCHANGE INC., MARK ANTHONY
HAFNER, TANIA RENEE OROPESA,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2024, Defendants' motion to dismiss is GRANTED, and the case is DISMISSED for lack of personal jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      August 19, 2024

                                                        **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                             **BY:** _____
                                                  **Deputy Clerk**